IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATRINA FETTEROLF, KAREN LYNN JAMES, ANITA TABOH, MARY BETH HERWALD, AND ALL OTHERS SIMILARLY SITUATED,<br><br>    *Plaintiffs*,<br><br>v.<br><br>NAVIHEALTH, INC.,<br><br>    *Defendant*. | No. 1:19-cv-238-RMB-KMW |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41

As authorized by Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own fees and costs. This dismissal is not being filed as the result of a settlement and no Court review is necessary for the clerk to close the matter.

 

Respectfully submitted,

*/s/   Ravi Sattiraju*
Ravi Sattiraju, Esq. (N.J. Bar # 035251998)
**THE SATTIRAJU LAW FIRM, P.C.**
116 Village Blvd, Suite 200
Princeton, New Jersey 08540
Telephone: (609) 799-1266
Facsimile: (609) 228-5649
Email: rsattiraju@sattirajulawfirm.com

Date:  April 5, 2019
      Princeton, New Jersey

**\*J. DEREK BRAZIEL**
Texas Bar No. 00793380
**\*TRAVIS GASPER**
Texas Bar No. 24096881
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
jdbraziel@l-b-law.com
gasper@l-b-law.com

**\*JACK SIEGEL**
Texas Bar No. 24070621
**SIEGEL LAW GROUP, PLLC**
2820 McKinnon, Suite 5009
Dallas, Texas 75201
P: 214.790.4454
jack@siegellawgroup.biz

**\*TRAVIS M. HEDGPETH**
Texas Bar No. 24074386
**THE HEDGPETH LAW FIRM, PC**
5438 Rutherglenn Drive
Houston, Texas 77096
P: (512) 417-5716
travis@hedgpethlaw.com

\*Admitted *pro hac vice*
*Attorneys for Plaintiffs and Others Similarly Situated*

*s/ William P. McClane*
**William P. McLane** (NJ# 034481996)
**LITTLER MENDELSON, PC**
One Newark Center, Eighth Floor
Newark, New Jersey 07102
Phone: (973) 848-4700
Fax: (973) 643-5626
wmclane@littler.com

**Robert W. Horton** (TN# 017417)*
**Mary Leigh Pirtle** (TN# 026659)*
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Phone: (615) 742-6200
bhorton@bassberry.com
mpirtle@bassberry.com
* Admitted *pro hac vice*

*Attorneys for Defendant naviHealth, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>5th</u> day of April 2019, the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

<u>*/s/   Ravi Sattiraju*</u>
Ravi Sattiraju, Esq. (N.J. Bar # 035251998)
**THE SATTIRAJU LAW FIRM, P.C.**
116 Village Blvd, Suite 200
Princeton, New Jersey 08540
Telephone: (609) 799-1266
Facsimile: (609) 228-5649
Email: rsattiraju@sattirajulawfirm.com
*Attorneys for Plaintiffs and all*
*others similarly situated*

Date:  April 5, 2019
       Princeton, New Jersey